AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ZACHARY ALLEN KAM<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:24-mj-00317<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 10/7/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 24, 2024__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, Opposing, Intimidating, Interfering or Impeding Certain Officers or Employees. |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, Opposing, Intimidating, Interfering or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __10/07/2024__                              _____
                                                                    *Judge's signature*

City and state: __Washington, D.C.__        Zia M. Faruqui, U.S. Magistrate Judge
                                                                    *Printed name and title*