AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00317 |
| ZACHARY ALLEN KAM | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 10/7/2024 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ZACHARY ALLEN KAM,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offenses are briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, Opposing, Intimidating, Interfering or Impeding Certain Officers or Employees.

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, Opposing, Intimidating, Interfering or Impeding Certain Officers or Employees.

Date: 10/07/2024

_____
Issuing officer's signature

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 10/07/24, and the person was arrested on *(date)* 10/10/24
at *(city and state)* Chicago, IL.

Date: 10/10/24

_____
Arresting officer's signature

Hanna McLaughlin, Special Agent
Printed name and title